**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 22-7387**

———————

DARRELL L. GOSS,

       Plaintiff - Appellant,

   v.

JULIE J. ARMSTRONG, Charleston County Clerk of Court; ALAN WILSON, South Carolina Attorney General,

       Defendants - Appellees.

———————

Appeal from the United States District Court for the District of South Carolina, at Charleston.  Bruce H. Hendricks, District Judge.  (2:21-cv-00900-BHH)

———————

Submitted:  April 20, 2023                                    Decided:  April 25, 2023

———————

Before KING and QUATTLEBAUM, Circuit Judges, and FLOYD, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Darrell L. Goss, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Darrell L. Goss appeals the district court's order adopting the recommendation of the magistrate judge and dismissing Goss' 42 U.S.C. § 1983 civil action and the court's order denying his Fed. R. Civ. P. 59(e) motion to alter or amend judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. *Goss v. Armstrong*, No. 2:21-cv-00900-BHH (D.S.C. Aug. 8 & Nov. 18, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*